March 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE VILLAGE OF TIKI ISLAND, Appellant

NO. 14-14-00629-CV                  V.

PREMIER TIERRA HOLDINGS, INC., Appellee

_____

This cause, an appeal from the order denying the plea to the jurisdiction of appellant, the Village of Tiki Island, signed July 23, 2014, was heard on the transcript of the record. The record shows that the trial court lacked jurisdiction over the declaratory judgment action of appellee Premier Tierra Holdings, Inc. We therefore **RENDER** judgment **DISMISSING** appellee's case without prejudice.

We order appellee, Premier Tierra Holdings, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.